

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |
|---|---|
| § | No. 08-12-00306-CV |
| § | |
| IN THE INTEREST OF A.J.S., § A JUVENILE. | Appeal from the |
| § | 65th Judicial District Court |
| § | of El Paso County, Texas |
| § | (TC# 1101038) |
| § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for new trial, in accordance with this Court's opinion. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 29TH DAY OF JULY, 2014.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.